IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FREDERICK MARTIN, <br> Defendant. | **Case No.:** CR 12–319 CW <br><br> **ORDER RE: STIPULATION AND PROPOSED ORDER CONTINUING SUPERVISED RELEASE HEARING** <br><br> **Court:** Courtroom 2, 4th Floor |

    The above-entitled matter is scheduled for a hearing on January 27, 2022 for admission/disposition of supervised release violation. The parties hereby stipulate and request that the Court continue this matter to March 24, 2022 at 1:30 p.m. for admission/disposition of supervised release.

    The reason for the requested continuance is that the state case pending against Mr. Martin has not yet been resolved. However, due to the length of time the state case has been pending, the parties are attempting to reach a resolution as to the matters alleged in the pending Form 12 prior to the resolution of the state case. The parties need additional time to do so.

    Counsel has conferred with United States Probation Officer Kristen Coleman, and she is available for hearing on that date.

//

//

//

//

//

IT IS SO STIPULATED.

| | |
|---|---|
| January 21, 2022<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>CYNTHIA JOHNSON<br>Assistant United States Attorney |
| January 21, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>GRAHAM ARCHER<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| January 25, 2022<br>Dated | *[signature]*<br>CLAUDIA WILKEN<br>United States District Judge |

STIP AND ORDER
*MARTIN*, CR 12–319 CW

2