AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| | ) | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) | |
| Frederick Lamar Martin | ) | USDC Case Number:  CR-12-00319-001 CW |
| | ) | BOP Case Number:  DCAN412CR00319-001 |
| | ) | USM Number:  17386-111 |
| | ) | Defendant's Attorney:  Graham Archer |

**THE DEFENDANT:**

☑  admitted guilt to violation of condition(s), as set forth in Charges Three (3), and Five (5) of the Amended Petition for Summons for Person Under Supervision, filed August 26, 2020. The defendant waived his right to a hearing.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Three | Tested Positive for Controlled Substance | February 14, 2020 |
| Five | Traveled Outside of Judicial District Without Permission | August 6, 2020 |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑  Charge <u>One (1), Two (2), and Four (4)</u> are dismissed without prejudice on motion of the United States

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | 4/26/2022 |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.: <u>4447</u> | Date of Imposition of Judgment |
| | *[signature]* |
| Defendant's Year of Birth: <u>1981</u> | Signature of Judge |
| | The Honorable Claudia Wilken |
| City and State of Defendant's Residence: | Senior United States District Judge |
| <u>Antioch, California</u> | Name & Title of Judge |
| | |
| | 4/29/2022 |
| | Date Signed |

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT: Frederick Lamar Martin  
CASE NUMBER: CR-12-00319-001 CW  
Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: six months, with no term of supervised release to follow.

- [x] The Court makes the following recommendations to the Bureau of Prisons: Designation in federal facility where programming is available and is in close proximity to the California Bay area.

- [ ] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

- [x] The defendant shall surrender to the United States Marshal for this district:
  - [x] at 2   [ ] am   [x] pm   on 6/28/2022 (no later than 2:00 pm).
  - [x] as notified by the United States Marshal.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

- [x] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [x] at 2   [ ] am   [x] pm   on 6/28/2022 (no later than 2:00 pm).
  - [x] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL